**Anthony L. McNAIR, Apostle, Plaintiff–Appellant,**

v.

**ROCKY MOUNT DISTRICT ATTORNEY'S OFFICE, Defendant–Appellee.**

**Anthony L. McNair, Apostle, Plaintiff–Appellant,**

v.

**Rocky Mount Police Department; J. Wayne Sears; Jenny L. Matthews, Defendants–Appellees.**

**Nos. 11–1161, 11–1162.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 11, 2011.

Decided: April 15, 2011.

Anthony L. McNair, Appellant Pro Se.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony L. McNair appeals the district court's order adopting the recommendations of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaints under 28 U.S.C. § 1915(e)(2)(B) (2006). Because McNair's informal briefs fail to address the district court's basis for dismissing his complaints, this issue has been abandoned. *See* 4th Cir. R. 34(b); *Wahi v. Charleston Area Med. Ctr., Inc.*, 562 F.3d 599, 607 (4th Cir.2009), *cert. denied,* —— U.S. ——, 130 S.Ct. 1140, 175 L.Ed.2d 991 (2010). Accordingly, we deny McNair's motions for protection and affirm the district court's order. *McNair v. Rocky Mount Dist. Att'y's Office,* No. 5:10–cv–00546–FL; *McNair v. Rocky Mount Police Dep't,* No. 5:10–cv–00561–FL (E.D.N.C. Jan. 24, 2011; Jan. 25, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*